**Jeffrey L. THURMAN, Appellant,**

v.

**Michael KEMNA, Appellee.**

No. 05–1820.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 26, 2005.

Decided: Aug. 31, 2005.

Jeffrey L. Thurman, Bonne Terre, MO, pro se.

Ryan Eugene Bertels, Attorney General's Office, Jefferson City, MO, for Appellee.

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Missouri inmate Jeffrey Thurman appeals the district court's [1] dismissal of his 42 U.S.C. § 1983 action for failure to state a claim upon which relief can be granted. Having conducted careful de novo review, *see Gordon v. Hansen,* 168 F.3d 1109, 1113 (8th Cir.1999) (per curiam), we conclude that the district court did not err in dismissing Mr. Thurman's complaint. We also conclude that the court did not abuse its discretion in denying Mr. Thurman's motions to amend his complaint, or in refusing to order the production of documents at this early stage of the litigation. *See* 8th Cir. R. 47B.

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.